COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| DAVID COURTADE, | § | No. 08-15-00017-CV |
| Appellant, | § | Appeal from the |
| V. | § | County Court at Law No. 1 |
| EDWARD GREUTMAN, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 2014-002847-1) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the agreed motion to set aside the judgment of the court below and concludes the motion should be granted. We therefore set aside the judgment of the trial court and render judgment consistent with the intent of the parties set forth in the Rule 11 agreement, in accordance with the opinion of this Court. Costs of appeal shall be taxed against the party incurring the same. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF APRIL, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.